# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMIE MIRANDA, | ) | **Case No.:** 2:10-cv-00744-GMN-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED ORDER OF DISMISSAL WITH PREJUDICE** |
| ALLIED COLLECTION SERVICES, INC., | ) | |
| Defendant, | ) | |

Based upon Plaintiff's Amended Voluntary Dismissal and pursuant to FRCP 41(a)(1)(A), ALLIED COLLECTION SERVICES, INC. (Defendant), and ALLIED INTERSTATE, INC. (Defendant), are hereby dismissed with prejudice in this case.

**IT IS SO ORDERED** this 19th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

- 1 -